IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANCIS GRANDINETTI, #A0185087, | CIV. NO. 20-00068 DKW-RT |
| Plaintiff, | DISMISSAL ORDER |
| vs. | |
| SENIOR WARDEN M. FRINK, *et al.*, | |
| Defendants. | |

Before the court is pro se prisoner Francis Grandinetti's Complaint and exhibits. Grandinetti is a Hawaii prisoner incarcerated at the Saguaro Correctional Center located in Eloy, Arizona. He seeks a transfer to Honolulu, Hawaii.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g)[1] and may not proceed without prepayment of the filing fee unless his pleadings show that he was in imminent danger of serious physical injury at the time that he brought this action. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007). Nothing within the Complaint or its exhibits suggests that Grandinetti is or was in imminent danger of serious physical injury when he filed this action or

---

[1] *See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-00692 HG-LEK (D. Haw. 2005).

that there is a continuing practice that injured him in the past that poses an "ongoing danger." *Id.* at 1056.

Moreover, Grandinetti fails to state a colorable claim for relief as he has no constitutional right to be housed in a prison of his choice or to a transfer to Hawaii. *See Olim v. Wakinekona*, 461 U.S. 238, 248-49 (1983) (holding prisoners have no due process right to remain in prison of choice or prevent a transfer).

Grandinetti's informal request to proceed in forma pauperis, *see* Compl., ECF No. 1 at 55, is DENIED, and this action is DISMISSED without prejudice. This decision does not prevent Grandinetti from raising his claims in a new action with concurrent payment of the civil filing fee, although, as noted, his claims fail to state a colorable claim for relief. The Clerk is DIRECTED to enter judgment and close this case. The Court will take no action on documents filed herein beyond processing a notice of appeal.

IT IS SO ORDERED.

DATED: February 20, 2020 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

<u>*Francis Grandinetti v. Senior Warden Frink et al*</u>; Civil No. 20-00068 DKW RT; DISMISSAL ORDER

*Grandinetti v. Frink, et al.*, No. 1:20-cv-00068 DKW-RT; 3 Stks 20 (seeks trsf)